IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN GALLAGHER, individually
and on behalf of similarly situated persons,

       Plaintiff,

                                  No. 18-cv-556-JAP-KK

       v.

PALO ALTO, INC. and
ROBERT ALVARADO,

       Defendants.

## ORDER APPROVING PARTIES' JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff and Defendants' ("the Parties") Joint Motion for Approval of FLSA Settlement ("Joint Motion for Approval") (Doc. 27). No party has filed any objections to the Parties' request for approval of the proposed settlement. Having reviewed (a) the Parties' Joint Motion for Approval and (b) the underlying Settlement Agreement submitted to the Court *in camera*, the Court finds that the settlement represents a fair and equitable settlement of a bona fide dispute under the FLSA, and that the proposed settlement contains an award of reasonable attorneys' fees. Accordingly, the Court hereby ORDERS as follows:

1.     The Joint Motion for Approval is GRANTED.

2.     The claims of Plaintiff Jonathan Gallagher against Defendants Palo Alto, Inc. and Robert Alvarado are DISMISSED WITH PREJUDICE.

3.     The Settlement Agreement submitted to the Court for *in camera* review is approved in its entirety.

4.    All payments as described in the Settlement Agreement are hereby approved,

including the payments for Plaintiffs' counsel's fees and costs.

**IT IS SO ORDERED**.

_____
SENIOR UNITED STATES DISTRICT JUDGE